UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>MICHAEL ANTHONY LAR,<br><br>               Defendant. | CASE NO. CR96-5583 BHS<br><br>ORDER GRANTING DEFENDANT'S MOTION TO DISMISS WARRANT |

This matter comes before the Court on Defendant Michael Anthony Lar's ("Lar") motion to dismiss warrant (Dkt. 28).

On May 12, 2014, Lar filed the instant motion requesting that the Court dismiss a February 5, 2010 warrant for his arrest based on alleged probation violations. Dkt. 28. On June 11, 2014, the Government responded in case number CR96-5529BHS, stating that it does not oppose dismissal of the warrant. Dkt. 41 at 2. Based on the pleadings and the Government's position, the Court **GRANTS** Lar's motion and the warrant is hereby dismissed.

**IT IS SO ORDERED.**

Dated this 20th day of June, 2014.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER - 1